IN THE FOURTH JUDICIAL CIRCUIT COURT
IN AND FOR DUVAL COUNTY, FLORIDA

FILED
SEP 27 2013
CLERK CIRCUIT COURT

Vincent Perkins           )
     Plaintiff,           )
                          )
v.                        )    Case No. 16-2013-CA-008799
                          )    Division: CV-F
                          )
Fastmore Logistics LLC,   )
Vanliner Insurance,       )
Oleg Stadnyk              )
     Defendants,          )

## COMPLAINT

Plaintiff Vincent Perkins sues defendant Fastmore Logistics LLC, Vanliner insurance, Oleg Stadnyk and alleges:

1. This is an action for damages that exceed $15,000.
2. On October 1, 2010 at around 12:54 am defendant Oleg Stadnyk operated a truck for motor carrier Fastmore Logistic LLC insured by Vanliner Insurance.
3. On State Road 9A the defendant Oleg Stadnyk struck the rear of the truck I was driving bending the frame and removing the truck from service permanently.
4. As a result plaintiff suffered bodily injury that resulted in pain and suffering, disability, metal anguish, loss of capacity to operate class A and B trucks, medical expenses, rehabilitation expenses, loss of earnings, loss of my driving career, loss of ability to play sports with my children. The losses are continuing and plaintiff will suffer losses in the future.
5. Defendant Oleg Stadnyk was at ticketed at the accident scene and later determined to be driving careless and failing to notice his vehicle approaching mine.

WHERFORE, plaintiff demands judgment for $80,000 for damages against defendants and a trial by jury.

September 27, 2013

Vincent Perkins
11940 Iron Creek RD Jax, Fl
904-422-2418

109423